**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT GIRTS,** | : | **Case No. 1:02cv0264** |
| | : | |
| Petitioner, | : | **JUDGE KATHLEEN O'MALLEY** |
| | : | |
| vs. | : | |
| | : | |
| **CHRIS YANAI, Warden,** | : | **ORDER** |
| | : | |
| Respondent. | : | |

On July 12, 2005, this Court denied the Petitioner's application for a writ of habeas corpus, which he sought pursuant to 28 U.S.C. §2254, and dismissed this case. *See* Docs. 30 and 31. In its dismissal order, however, the Court granted Petitioner a certificate of appealability with regard to his third and fifth grounds for relief – namely, his 5th Amendment prosecutorial misconduct ground and his 6th Amendment ineffective assistance of counsel ground. *See* Doc. 31. Relative to those grounds, Petitioner appealed the Court's decision to the United States Court of Appeals for the Sixth Circuit ("Sixth Circuit"). *See* Doc. 32. The Sixth Circuit found both grounds well-taken.

Accordingly, on September 5, 2007, the Sixth Circuit issued a written decision *reversing* this Court's decision, *conditionally granting* a writ of habeas corpus, and *remanding* the case to this Court with instructions. *See* Doc. 38.[1] On March 14, 2008, the Sixth Circuit issued its mandate relative to its written opinion. *See* Doc. 40.

---

[1] The Sixth Circuit's information copy of its decision was filed on this Court's docket on September 7, 2007.

In conformity with the Sixth Circuit's opinion, Petitioner's application for a writ of habeas corpus is **CONDITIONALLY GRANTED** as follows.  Unless the State of Ohio grants Petitioner a new trial within 180 days from the date of this Order, Petitioner is to be released from custody at that time.

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY
UNITED STATES DISTRICT JUDGE**

**Dated: April 14, 2008**